UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,                         Case No. 22-cr-20233

v.                                  Hon. Terrence G. Berg

D-1 Trevon Jaheim-Shatwan Pickett,    Violations:
D-3 Anjahne Wright,                   18 U.S.C. §§ 1951(a), 2
                                     18 U.S.C. §§ 924(c), 2
        Defendants.              18 U.S.C. §§ 1512(b)(1), (b)(2)(A)

_____/

## FIRST SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE
18 U.S.C. § 1951(a)
*Interference with Commerce by Robbery*

D-1 TREVON JAHEIM-SHATWAN PICKETT

On or about September 21, 2021, in the Eastern District of Michigan, and

elsewhere, defendant, TREVON JAHEIM-SHATWAN PICKETT, and others

known and unknown to the grand jury, unlawfully obstructed, delayed and affected

interstate commerce, and the movement of articles and commodities in such

commerce, by robbery of the Speedway Gas Station, located at 2190 West

Michigan Avenue, Ypsilanti, Michigan, in that the defendant TREVON JAHEIM-

SHATWAN PICKETT, and others known and unknown to the grand jury, unlawfully took U.S. currency from the Speedway Gas Station from the presence of V-1, against her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to her person, that is, by displaying a short-barreled shotgun, to compel V-1, against her will, to relinquish the U.S. currency in her custody and possession, in violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO
### 18 U.S.C. §§ 924(c)(1)(A)(ii) and (B)(i)
*Using a Firearm During and in Relation to a Crime of Violence*

D-1 TREVON JAHEIM-SHATWAN PICKETT

On or about September 21, 2021, in the Eastern District of Michigan, and elsewhere, defendant, TREVON JAHEIM-SHATWAN PICKETT, knowingly brandished, carried, and used a firearm, that is, a SS Kresge, Model 151, short-barreled shotgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as alleged in Count One of this First Superseding Indictment in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii), (B)(i).

## COUNT THREE
18 U.S.C. §§ 1951(a), 2
*Interference with Commerce by Robbery, Aiding and Abetting*

D-1 TREVON JAHEIM-SHATWAN PICKETT

On or about September 22, 2021, in the Eastern District of Michigan, and
elsewhere, defendant, TREVON JAHEIM-SHATWAN PICKETT, aided and
abetted by others known and unknown to the grand jury, unlawfully obstructed,
delayed and affected interstate commerce, and the movement of articles and
commodities in such commerce, by robbery of the Express Mart, located at 5940
West Michigan Avenue, Ypsilanti, Michigan, in that the defendant, TREVON
JAHEIM-SHATWAN PICKETT, and others known and unknown to the grand
jury, unlawfully took U.S. currency from the Express Mart from the presence of V-
2, against his will by means of actual and threatened force, violence, and fear of
injury, immediate and future, to his person, that is, by displaying a short-barreled
shotgun, to compel V-2, against his will, to relinquish the U.S. currency in his
custody and possession, in violation of Title 18, United States Code, Sections
1951(a) and 2.

## COUNT FOUR
18 U.S.C. §§ 924(c)(1)(A)(ii) and (B)(i), 2
*Using a Firearm During and in Relation to a Crime of Violence,*
*Aiding and Abetting*

D-1 TREVON JAHEIM-SHATWAN PICKETT

On or about September 22, 2021, in the Eastern District of Michigan, and elsewhere, defendant, TREVON JAHEIM-SHATWAN, who had advance knowledge that a firearm would be brandished, carried and used, aided and abetted another person to knowingly brandish, carry, and use a firearm, that is, a SS Kresge, Model 151, short-barreled shotgun, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as alleged in Count Three of this First Superseding Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii), (B)(i), and 2.

4

## COUNT FIVE
18 U.S.C. §§ 1951(a), 2
*Interference with Commerce by Robbery, Aiding and Abetting*

D-1 TREVON JAHEIM-SHATWAN PICKETT
D-3 ANJAHNE WRIGHT

On or about September 24, 2021, in the Eastern District of Michigan, and

elsewhere, defendants, TREVON JAHEIM-SHATWAN PICKETT and

ANJAHNE WRIGHT, and others known and unknown to the grand jury, aided and

abetted by each other, unlawfully obstructed, delayed and affected interstate

commerce, and the movement of articles and commodities in such commerce, by

robbery of the Boost Mobile, located at 2872 Washtenaw Road, Ypsilanti,

Michigan, in that the defendants TREVON JAHEIM-SHATWAN PICKETT, and

ANJAHNE WRIGHT, and others known and unknown to the grand jury,

unlawfully took electronics from inside of Boost Mobile from the presence of V-3,

against his will by means of actual and threatened force, violence, and fear of

injury, immediate and future, to his person, that is, by physically beating him and

placing a rope around his neck, to compel V-3, against his will, to relinquish the

electronics in his custody and possession, in violation of Title 18, United States

Code, Sections 1951(a), and 2.

## COUNT SIX
### 18 U.S.C. 1951(a)
*Conspiracy to Commit Interference with Commerce by Robbery*

D-1 TREVON JAHEIM-SHATWAN PICKETT
D-3 ANJAHNE WRIGHT

From on or about September 16, 2021, up to and including September 24, 2021, within the Eastern District of Michigan, TREVON JAHEIM-SHATWAN PICKETT and ANJAHNE WRIGHT, and others both known and unknown to the grand jury, conspired to obstruct, delay, and effect interstate commerce and the movement of articles and commodities in such commerce, by robbing businesses that were engaged in commercial activity that affects interstate commerce. That is, TREVON JAHEIM-SHATWAN PICKETT and ANJAHNE WRIGHT agreed with others to take money and property belonging to businesses engaged in interstate commercial activity, from the person and presence of employees who worked for the businesses, against their will, by means of actual and threatened force, violence and fear of injury.

### Manner and Means of the Conspiracy

The manner and means by which members of the conspiracy sought to accomplish the objectives of the conspiracy included, among other things, the following:

1.  On or about September 18, 2021, members of the conspiracy participated in the robbery of an employee of Nu Wayz Fish and Chicken at 2940 International Drive, Ypsilanti Township;

2.  On or about September 20, 2021, members of the conspiracy, participated in the robbery of an employee of Mr. Pizza at 2920 International Drive, Ypsilanti Township;

3.  On or about September 21, 2021, members of the conspiracy participated in the robbery of the Speedway gas station located at 2190 W. Michigan Avenue, Ypsilanti Township;

4.  On or about September 22, 2021, members of the conspiracy participated in the robbery of the Express Mart store located at 5490 W. Michigan Avenue, Pittsfield Township; and

5.  On or about September 24, 2021, members of the conspiracy participated in the robbery of the Boost Mobile store located at 2872 Washtenaw Avenue, Ypsilanti Township.

All in violation of 18 U.S.C. § 1951(a).

## COUNT 7
18 U.S.C. § 1512(b)
*Tampering with a Witness*

D-1 TREVON JAHEIM-SHATWAN PICKETT

On or about September 19, 2023, in the Eastern District of Michigan and

elsewhere, the defendant, TREVON JAHEIM-SHATWAN PICKETT, attempted

to knowingly corruptly persuade another person, to withhold testimony, in an

official proceeding, to wit:  TREVON JAHEIM-SHATWAN PICKETT solicited a

third party to offer W-1, an individual whose identity is known to the Grand Jury,

money not to testify, with the intent to influence, delay, and prevent the testimony

of W-1, and cause and induce W-1 to withhold testimony, in an official

proceeding, to wit:  *United States v. Trevon Jaheim-Shatwan Pickett*, 22-cr-20233,

a federal criminal trial against defendant TREVON JAHEIM-SHATWAN

PICKETT, in the Eastern District of Michigan, in violation of Title 18, United

States Code, Section 1512(b)(1) and (b)(2)(A).

## FORFEITURE ALLEGATION

Pursuant to Fed. R. Cr. P. 32.2(a), the government hereby provides notice to the defendants of its intention to seek forfeiture of all proceeds, direct or indirect, or property traceable thereto, all property that facilitated the commission of the violations alleged, or property traceable thereto, and all property involved in, or property traceable thereto, of the violations set for in this Indictment.

Upon conviction of the offense charged in Counts Two and Four of this Indictment, TREVON JAHEIM-SHATWAN PICKETT and ANJAHNE WRIGHT shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461, any firearm or ammunition involved in said offense including but not limited to: SS Kresge model 151 shotgun with serial number 84687.

Substitute Assets: If the property described above as being subject to forfeiture, as a result of any act or omission of :

      a. Cannot be located upon the exercise of due diligence;

      b. Has been transferred or sold to, or deposited with, a third party;

      c. Has been placed beyond the jurisdiction of the Court;

      d. Has been substantially diminished in value; or

      e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property

pursuant to Title 21, United States Code, Section 853(p), and Title 28, United

States Code, Section 2461(c).

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney


*s/ Craig F. Wininger*
CRAIG F. WININGER
Chief, Violent & Organized Crime Unit


*s/ Matthew Roth*
MATTHEW ROTH
DAVID COWEN
Assistant United States Attorneys


Date: November 16, 2023

10

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number:<br>22-CR-20233 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | AUSA's Initials: _(signature)_ |

FILED USDC – CLRK DET
2023 NOV 16 PM 3:41

**Case Title:** USA v. Trevon Jaheim-Shatwan Pickett et.al.

**County where offense occurred:** Washtenaw

**Offense Type:** Felony

Indictment – **based upon LCrR 57.10 (d) [Complete Superseding section below].**

## Superseding Case Information

**Superseding to Case No:** ____22-CR-20233____          **Judge:** ____Terrence G. Berg____

**Reason:** Embraces same subject matter but adds the additional defendants or charges below:

| Defendant Name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| D-1 Trevon Jaheim-Shatwan Pickett | 18 U.S.C. §§ 1951(a), 2 | |
| D-3 Anjahne Wright | 18 U.S.C. §§ 924(c), 2 | |
| | 18 U.S.C. §§ 1512(b)(1), (b)(2)(A) | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

____November 16, 2023____
Date

_(signature)_

MATTHEW ROTH
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Matthew.Roth2@usdoj.gov
(313) 226-9186
Bar# P58549

DAVID P. COWEN
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
David.Cowen@usdoj.gov
(313) 226-9575
Bar# NM142040

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence.  Cases may be companion cases even though one of them may have already been terminated.